```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08317
   THOMAS L JORDAN SR
   BRENDA JORDAN                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-9340     SSN XXX-XX-6314

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/07/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE LLC         CURRENT MORTG          .00             .00            .00
HSBC AUTO FINANCE         SECURED VEHIC    29867.00         2638.86        3217.56
FREEDOM FINANCIAL GROUP   SECURED VEHIC     7496.00          616.37        1381.27
DIRECT TV                 UNSECURED        NOT FILED            .00            .00
CITIBANK                  UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED          530.00             .00          47.32
COMMONWEALTH EDISON       UNSECURED         1183.07             .00         105.64
COMCAST                   UNSECURED        NOT FILED            .00            .00
AT & T BROADBAND          UNSECURED        NOT FILED            .00            .00
US CELLULAR               UNSECURED        NOT FILED            .00            .00
NICOR GAS                 UNSECURED         2285.31             .00         204.06
NUVELL CREDIT CO LLC      UNSECURED        10360.01             .00         925.10
RIDDLE & ASSOCITES        UNSECURED        NOT FILED            .00            .00
GMAC MORTGAGE LLC         MORTGAGE ARRE     1477.27             .00        1477.27
GMAC MORTGAGE             NOTICE ONLY      NOT FILED            .00            .00
FREEDOM FINANCIAL GROUP   UNSECURED             .88             .00            .00
HSBC AUTO FINANCE         UNSECURED          920.16             .00          82.17
JEFFERSON CAPITAL SYSTEM  UNSECURED          362.02             .00          23.11
HSBC AUTO FINANCE         UNSECURED          920.16             .00          82.17
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,344.00                       3,344.00
TOM VAUGHN                TRUSTEE                                          1,080.84
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            15,225.74

PRIORITY                                            .00
SECURED                                        6,076.10
    INTEREST                                   3,255.23

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 08317 THOMAS L JORDAN SR & BRENDA JORDAN
```

```
UNSECURED                                                  1,469.57
ADMINISTRATIVE                                             3,344.00
TRUSTEE COMPENSATION                                       1,080.84
DEBTOR REFUND                                                   .00
                                    ---------------   ---------------
TOTALS                                    15,225.74         15,225.74
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 01/27/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```